IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DAVID THOMPSON**                                                                                   **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 3:13-CV-756-HTW-LRA**

**CHRISTOPHER EPPS**                                                          **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson and the written objection to the proposed findings and recommendation.

On April 4, 2014, Magistrate Judge Anderson filed a Report and Recommendation [docket no. 6] recommending the dismissal of petitioner's habeas petition.

On April 23, 2014, petitioner filed an objection [docket no. 7] to Magistrate Judge Anderson's Report and Recommendation.

Based upon the reasoning contained within Magistrate Judge Anderson's Report and Recommendation, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED AND ADJUDGED**, this the ___ day of May, 2014.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE