IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DAVID THOMPSON                                                                                           PLAINTIFF

V.                                              CIVIL ACTION NO. 3:13-CV-756-HTW-LRA

CHRISTOPHER EPPS                                                                                    DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson and the written objection to the proposed findings and recommendation.

On April 4, 2014, Magistrate Judge Anderson filed a Report and Recommendation [docket no. 6] recommending the dismissal of petitioner's habeas petition.

On April 23, 2014, petitioner filed an objection [docket no. 7] to Magistrate Judge Anderson's Report and Recommendation.

Based upon the reasoning contained within Magistrate Judge Anderson's Report and Recommendation, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.

**SO ORDERED AND ADJUDGED**, this the 30th day of April, 2014.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE